**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

THE GARMON CORPORATION, a
California corporation,

      Plaintiff,

      vs.

UNITED PET GROUP, INC., a Delaware
corporation,

      Defendant.

AND RELATED COUNTERCLAIMS.

Case No. CV11-05384 JHN (VBKx)

**ORDER APPROVING
STIPULATION OF DISMISSAL**

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

4838-9387-5468 - v. 1

1      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          This Court has read and considered the Stipulation of Dismissal with Prejudice

3  (the "Stipulation") between plaintiff and counterdefendant The Garmon Corporation

4  ("Garmon") and defendant and counterclaimant United Pet Group, Inc. ("UPG").

5  Based on the terms of the Stipulation, the record in this case and for good cause

6  showing, IT IS HEREBY ORDERED, DECREED AND ADJUDGED as follows:

7          1.      The Stipulation is approved in its entirety.

8          2.      Garmon's entire action against UPG, and UPG's counterclaims against

9  Garmon are hereby dismissed with prejudice.

10         3.      Each party is to bear its own costs and attorney's fees.

11         IT IS SO ORDERED

12

13  Dated:    October 21, 2011_____

14                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAMPTONHOLLEY LLP
2101 East Coast Highway, Suite 260
Corona del Mar, California 92625

2

4838-9387-5468 - v. 1